# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Prentice Mills,<br><br>　　　　　　Defendant. | Case No. 2:16-cr-113-APG-GWF<br>　　　　　　2:20-cv-1088-APG<br><br>**ORDER**<br><br>(ECF No. 41) |

　　　　The defendant's motion for leave to file a reply (ECF No. 41) is granted in part. The proposed reply brief is 31 pages long and thus violates Local Criminal Rule 47-2. The defendant may file a reply brief limited to 20 pages as required by Rule 47-2. The reply brief is due by July 17, 2020.

　　　　Dated: July 9, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE