RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Prentice Mills

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00113-APG-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| PRENTICE MILLS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Prentice Mills, that the Revocation Hearing currently scheduled on March 9, 2023, be vacated and continued to a date and time after March 27, 2023.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to speak to the defendant and counsel him on his legal options.

2. Defense counsel has another previously scheduled revocation hearing in another matter at the same date and time.

3.      The defendant is in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 28th day of February, 2023.

RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender               United States Attorney


By /s/ Joy Chen                       By /s/ Melanee Smith
JOY CHEN                              MELANEE SMITH
Assistant Federal Public Defender     Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

PRENTICE MILLS,

                Defendant.

Case No. 2:16-cr-00113-APG-GWF

**ORDER**

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, March 9, 2023 at 10:00 a.m., be vacated and continued to <u>April 5, 2023</u> at the hour of <u>9:30 a</u>.m. in Courtroom 6C; or to a time and date convenient to the court.

      DATED this <u>1st</u> day of March, 2023.

                            _____

                            UNITED STATES DISTRICT JUDGE